AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**DANIEL DAVID RODRIGUEZ**<br><br>*Defendant.* | Case No. 25-mj-6137-Valle |

FILED BY ____AR____ D.C.
Feb 27, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/27/2024 to 2/27/2025__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____TFO_____
*Complainant's signature*

Adam Granit, TFO FBI
*Printed name and title*

Sworn in my presence by Facetime.

Date: February 27, 2025

_____Alicia O. Valle_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Granit, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective with the Davie Police Department ("DPD") and have been so employed since 2000. I am currently assigned to the Federal Bureau of Investigation's ("FBI") Child Exploitation and Human Trafficking Task Force ("CEHTTF"), Miami Field Office, which targets individuals involved in the sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking and child pornography. I have received training on the proper investigative techniques for these violations including surveillance techniques, interviewing methods of subjects, witnesses, and victims, and the preparation and execution of arrest, search, and seizure warrants. I have experience in reviewing still images and videos containing sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and I have discussed and reviewed these materials with other law enforcement officers.

2. I currently serve as part of the Child Exploitation and Human Trafficking Task Force in the FBI Miami Field Office. My duties include investigating crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations. I have also executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of sex trafficking.

3. This affidavit is being submitted in support of a criminal complaint which charges **DANIEL DAVID RODRIGUEZ ("RODRIGUEZ")** with a violation of Title 18, United States

Code, Sections 2252(a)(4)(B) (possession of child pornography) and 2252(a)(2) (distribution of child pornography).

4. The facts and information in this Affidavit come from my own personal observations, my training and experience, and information obtained from other law enforcement personnel, investigators, witnesses, and documents. This Affidavit does not include every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

## PROBABLE CAUSE

5. In December of 2024, your affiant was contacted by a Detective from the Orange County Sheriff's Office regarding an investigation he had been conducting on Kik, a social messaging website.

6. The Detective provided that on September 27, 2024, he was operating an undercover Kik account posing as a fourteen-year-old boy when the user "drob2029" messaged the Detective after he posted that he was in Florida. Kik user "drob2029" identified himself as a thirty-seven-year-old man living in Miami. The man identified his Snapchat username as "droberts2037" and they began to communicate on Snapchat. While on Snapchat this user sent the Detective, still posing a fourteen-year-old-boy, a covered picture of his groin and a picture where the tip of a penis was visible. This user's account then disappeared.

7. Between September 30, 2024, and December 6, 2024, this individual communicated with the undercover, posing as the 14-year-old boy, both on Kik and Snapchat from various usernames to include "drob2035", "drob1920", "drob5544", "drob6655", "droberts2030", and "robp247453." During these communications the individual expressed his desire to engage in

2

sexual activity with the 14-year-old and arranged a date to meet the child but failed to show up. The individual later apologized for not showing up and explained that he was worried it was a trap.

8. On December 2, 2024, the Orange County Detective authored a search warrant to Kik for information related to the above-mentioned usernames. Subscriber information for "drob2029" indicated that the account was registered on September 27, 2024, at 13:09:34 UTC. The last IP address logged was 73.49.25.94 on September 27, 2024, at 23:19:30 UTC and the email address canadanny116@gmail.com was associated with the account. Subscriber information for "drob2035" indicated that the account was registered on September 30, 2024, at 21:43:17 UTC. The last IP address logged was 172.58.131.141 on September 30, 2024, at 22:54:13 UTC and the email address canadanny116@gmail.com was associated with the account. Subscriber information for "drob5544" indicated that the account was registered on November 21, 2024, at 19:30:10 UTC. The last IP address logged was 108.70.236.153 on November 22, 2024, at 01:07:06 UTC and the email address canadanny116@gmail.com was associated with the account. Subscriber information for "drob6655" indicated that the account was registered on November 22, 2024, at 12:11:36 UTC. The last IP address logged was 108.70.236.153 and the email address canadanny116@gmail.com was associated with the account. In addition to subscriber information there were portions of the chats with the undercover recovered as well as several files of child sexual abuse material.

9. On December 2, 2024, the Orange County Detective authored a search warrant to Snapchat for information related to the above-mentioned usernames. The subscriber information for "droberts2037" indicated that the account was created on June 15, 2024, at 01:00:18 UTC from IP address 108.70.236.153. The email address canadanny116@gmail.com and date of birth June 14, 1986, cane back associated to the account. This account operated on IOS version 13.9.0 and was last active on September 27, 2024, before being deactivated. The undercover's account was

3

added by this user on September 27, 2024, at 18:56:10 UTC from IP address 108.70.236.153. Their conversation was recovered along with other sexual content. The subscriber for "robp247453" indicated that the account was created on November 22, 2024, at 15:11:25 UTC from the IP address 108.70.236.153. The email address canadanny116@gmail.com and date of birth November 10, 1986, came back associated to the account. The account operated on IOS version 13.17.0 and the account was last active on November 30, 2024 before being deactivated. The undercover's account was added by this user on November 22, 2024, at 15:14:01 UTC from IP address 108.70.236.153. A portion of the conversation with the undercover was recovered along with other sexual content.

10.     On December 16, 2024, law enforcement served a subpoena on AT&T which revealed that the subscriber Daniel Rodriguez residing at 971 SW 134th Avenue, Davie, Florida 33325, with an email address of canadanny116@gmail was assigned IP address 108.70.236.153 from April 17, 2024, to November 22, 2024.

11.     On December 19, 2024, and December 20, 2024, your affiant was assigned four NCMEC Cybertips (201465449, 202800792, 202380428, 202926682) from KIK.  In Cybertip 201465449 the KIK username was drob1776. The email account used to create this account was canadanny116@gmail.com.  In this Cybertip there were four videos of CSAM uploaded to the KIK account. One of the videos, 1289f297-db59-48f7-b568-016cb816e922.mp4, is a video about 6 seconds in length.  The video shows a prepubescent female, about 7 years old, using a gray circular device to insert it in and out of her vagina.  This video was distributed using the account drob1776 on 10/11/24 at 15:04:21 UTC from IP address 108.70.236.153.  This IP address was previously subpoenaed by law enforcement, and it came back to RODRIGUEZ at his residence located at 971 SW 134th Avenue, Davie, Florida 33325.

4

12.     In Cybertip 202800792 the KIK username was drob223344. The email account used to create this account was canadanny116@gmail.com. In this Cybertip there were seven files uploaded to the account. Three of the files were pictures and four of the files were videos. One of the videos uploaded to the KIK account, 1025ccc1-81c1-4ca3-9e65-8856d081ea1c.mp4, is a video about 58 seconds in length. The video shows a prepubescent female, about 13 years old. The prepubescent female is grabbing her breasts and then bends over in front of the camera providing a close up of her vagina. This video was distributed using the account drob223344 on 11/15/24 at 18:00:05 UTC from IP address 108.70.236.153. This IP address was previously subpoenaed by law enforcement, and it came back to RODRIGUEZ at his residence located at 971 SW 134th Avenue, Davie, Florida 33325.

13.     In Cybertip 202380428 the KIK user name was drob102030. The email account used to create this account was canadanny116@gmail.com. In this Cybertip there were twenty-four files uploaded to the account. The files uploaded to the account were pictures and videos. One of the videos uploaded to the KIK account, e88132bc-b84d-4e04-9d20-dd4b4f232a05.mp4, is a video about 1 minute and 14 seconds. The video shows a prepubescent female, about 10 years old, engaging in vaginal sex with an adult male. The juvenile is wearing a blue dress. The sex act appears to be occurring on a blue sheet. This video was distributed using the account drob102030 on 11/5/24 at 04:55:03 UTC from IP address 108.70.236.153. This IP address was previously subpoenaed by law enforcement, and came back as belonging to RODRIGUEZ at his residence located at 971 SW 134th Avenue, Davie, Florida 33325.

14.     In Cybertip 202926682 the KIK username was drob443322. The email account used to create this account was canadanny116@gmail.com. In this Cybertip there were twelve files uploaded to this account. The files uploaded to this account were pictures and videos. One

5

of the videos uploaded to this KIK account, 8b3b1a74-2dfc-4678-b131-7d17bf5892ac.mp4, is a video about 39 seconds in length. The video shows an adult female performing oral sex on a prepubescent male, about 5 years old, penis. This video was distributed using the account drob443322 on 11/18/24 at 21:05:01 UTC from IP address 172.58.128.49 which is a T-Mobile cellular IP. Law enforcement did not subpoena this account as T-Mobile does not retain information on individual IP addresses.

15. On January 4, 2025, your affiant was assigned NCMEC Cybertip 201629240 from KIK. The KIK username was drob2838 and the email address used to create the account was canadanny116@gmail.com. In this Cybertip there were sixteen files uploaded to the account. The files uploaded to this account were pictures and videos. One of the videos uploaded to this KIK account, 88d286b7-e8b2-456e-8ce2-ffa332d6238f.mp4, is a video about 24 seconds in length. The video shows a prepubescent female, about 7 years old using the handle of a hairbrush to insert it into her anus. The prepubescent female is completely naked while doing this sex act. This video was distributed using the account drob2838 on 10/15/24 at 20:12:26 UTC from IP address 108.70.236.153. This IP address was previously subpoenaed by law enforcement, and it came back to RODRIGUEZ at his residence located at 971 SW 134th Avenue, Davie, Florida 33325. .

16. Your affiant received approximately 11 additional NCMEC cybertips which have similar username and come back to the above-mentioned AT&T IP address of 108.70.236.153 or the T-Mobile IP address which have subpoenas outstanding as the distribution occurred after November 22, 2025. These Cybertips also report the distribution of images and videos which capture prepubescent children engaged in sexual activity.

17. On February 20, 2025, your affiant was contacted by an agent with Homeland Security Investigations in West Palm Beach regarding an investigation she had been conducting on Kik, a social messaging website.

18. The agent provided that beginning on January 31, 2025, she was online in an undercover capacity posing as a mother of 9-year-old girl when she received private messages from Kik user "drob3122". The user identified himself as a 38-year-old male "Dave" from Davie, FL. The Kik user indicated that he works at a church doing "music", and he distributed numerous videos of children engaged in sexual activity to the undercover.

19. On January 31, 2025, Kik user "drob3122" sent the undercover 9 videos of prepubescent children engaged in sexual activity. On February 3, 2025, Kik user "drob3122" sent the undercover a photo to, followed by a message "Me at work, eventually a face pic incoming lol". The image was zoomed in on the chin, throat, and upper body of a white male with a dark brown mustache, goatee and facial hair. He wore a blue plaid button-up shirt with white buttons. Later that same day he sent a video which was approximately one minute and forty seconds in length and depicted a white female with braces who appeared to be between twelve and fourteen-years-old. She was lying on her back wearing a pink bra and nude from the waist down while being vaginally penetrated by an adult white male's penis.

20. On or about February 6, 2025, HSI West Palm Beach served Kik with a subpoena for subscriber information for Kik account drob3122. Kik provided records which revealed that the account was created on January 31, 2025 at about 07:46:53 UTC with an unconfirmed email address of canadanny116@gmail.com.

21. Law enforcement searched the Florida DMV database and located a driver's license (R362-164-86-424-0) for W/M, 6'00", by the name of Daniel David RODRIGUEZ, with the same

7

above date of birth and social security number. The address on his driver's license is his residence located at 971 SW 134th Avenue, Davie, Florida 33325. A driver's license photo is also visible, depicting a white male with dark brown hair, brown eyes, wearing eyeglasses, with a brown mustache, goatee, and beard. There are two vehicles registered to RODRIGUEZ: a 2003 blue Toyota 4-door (FL tag GTYQ17) and a 2022 gray Hyundai SUV (FL tag JQDM72).

22. A public search of the Broward County Property Appraiser website revealed that Daniel RODRIGUEZ and K Rodriguez are the owners of the Davie residence.

23. Law enforcement conducted surveillance at his residence located at 971 SW 134th Avenue, Davie, Florida 33325 from February 11, 2025, to February 25, 2025. The surveillance revealed that RODRIGUEZ along with his daughter leaves his residence located at 971 SW 134th Avenue, Davie, Florida 33325 each morning, between 7am-730am in the 2022 Hyundai SUV, Gray, FL Tag JQDM72.

24. On February 26, 2025, two search warrants were signed by Federal Magistrate Judge Alicia O. Valle for the search of his residence located at 971 SW 134th Avenue, Davie, Florida 33325 and for RODRIGUEZ.

25. On February 27, 2025, the search warrants were executed. The search warrant on RODRIGUEZ was executed near the 13400 block of SW 9th Place in Davie, Florida. An Apple iPhone was seized from RODRIGUEZ. The search warrant for the residence at 971 SW 134th Avenue, Davie, Florida was executed shortly after making contact with RODRIGUEZ.

26. RODRIGUREZ provided the passcode to the device and told law enforcement that his email address was canadanny116@gmail.com.

27. A forensic preview of his Apple iPhone showed several images and videos of children engaged in sexual activity in a Kik account with the username Dave_Rob25. The preview

8

revealed 8 videos, and 2 images of prepubescent females engaged in sexual activity to include sexual intercourse and displaying their genitals in a lewd and lascivious manor.

## CONCLUSION

28.     Based on the aforementioned facts, I respectfully submit that there is probable cause to support the criminal complaint which charges **DANIEL DAVID RODRIGUEZ** with a violation of Title 18, United States Code, Sections 2252(a)(4)(B) (possession of child pornography) and 2252(a)(2) (distribution of child pornography).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

TFO _____
Adam Granit, Task Force Officer
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, this 27th day of February 2025, in Fort Lauderdale, Florida.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-6137-Valle

### BOND RECOMMENDATION

DEFENDANT: Daniel David Rodriguez

Pre-Trial Detention recommended
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *M. Catherine Koontz*
AUSA: M. CATHERINE KOONTZ

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): Adam Granit, TFO FBI,
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)