# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Courtroom 310**　　　　　　　Date: 2/28/2025　　　　　Time: 11:00 a.m.

Defendant: **Daniel David Rodriguez (J)**　　J#:　　Case #: **25-mj-6137-AOV**

AUSA: **Anita White for Catherine Koontz**　　Attorney:

Violation: 18 USC § 2252(a)(4)(B) and (b)(2) - Possession of child pornography; 18 USC § 2252(a)(2) and (b)(1) - Distribution of child pornography

Proceeding: Initial Appearance　　　　CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No　　Recommended Bond: Pretrial Detention

Bond Set at:　　　　　　　　　　　Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol/drugs
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses/
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
Def. not present in court. Gov't represented that def. was admitted to the hospital. Gov't oral motion to continue the initial appearance – granted.

**NEXT COURT APPEARANCE**　　Date:　　Time:　　Judge:　　Place:

**Report RE Counsel**:

PTD/Bond Hearing:

**Initial Appearance**: 3/3/2025 @ 11:00am FTL DUTY MAG.

Extradition hearing:

D.A.R. 12:24:58　　　　　　　　　　　　　Time in Court: 5 minutes

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..