UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS FORT LAUDERDALE, FLORIDA (COURTROOM 203-D)

| | | | |
|---|---|---|---|
| DEFT: | DANIEL RODRIGUEZ (J)# | CASE NO: | 25-6137-VALLE |
| AUSA: | C. KOONTZ | ATTY: | |
| USPO: | | VIOL: | 18:U.S.C.§2252 |
| PROCEEDING: | INITIAL APPEARANCE | RECOMMENDED BOND: | |

BOND/PTD HEARING HELD - yes / no        COUNSEL APPOINTED:
BOND SET @:                              To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or __ x's a week/month by phone; __ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other: PLEASE REFER TO BOND FOR CONDITIONS

DEFENDANT NOT PRESENT IN COURT. REMAINS AT THE HOSPITAL. RICHARD MERLINO AND JOSHUA DANZ FILED TEMPORARY NOTICES BOTH PRESENT IN COURT. BOTH SIDES DON'T KNOW THE STATUS OF THE DEFENDANT. BOTH SIDES REQUESTING TO RE-SET THE INITIAL APPEARANCE TO FRIDAY MARCH 7 2025 AT 11 AM. JOINT ORAL MOTION TO CONT INITIAL APPEARANCE IS GRANTED GOVERNMENT REQUESTING DETENTION. ORAL MOTION GRANTED. PTD SET FOR FRIDAY MARCH 7 2025 AT 11 AM

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:

**PTD**/BOND HEARING:   FRIDAY MARCH 7 2025 AT 11 AM DUTY MAG

**ARRAIGN** OR **REMOVAL**:

**PRELIM/EXAM HRG**

03/03/25   TIME:   11:00 AM   FTL/TAPE/# JMS-   Begin   203-D

[7 MINUTES] *** RECORDED IN COURTROOM 203-D**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:24:57-11:31:00