UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-mj-06137-AOV-1

UNITED STATES OF AMERICA,
        Plaintiff,

v. Rodriguez, Daniel

        Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW __Joshua Danz__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed): Joshua S. Danz

Counsel's Signature: /s/

Address (include City/State/Zip Code): 500 E. Broward Blvd., Ste 1710, Fort Lauderdale, FL 33394

Telephone: 954-290-1116      Florida Bar Number: 098923

Date: 3/3/25