UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-mj-06137-AOV-1

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                    **NOTICE OF TEMPORARY**
                                                                      **APPEARANCE AS COUNSEL**

RODRIGUEZ, DANIEL

    Defendant.
_____/

COMES NOW __Richard Merlino__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Richard Merlino

Counsel's Signature: _[signature]_

Address (include City/State/Zip Code):
101 NE 3rd Ave., #1500
Ft. Lauderdale, Fl. 33301

Telephone: 954-467-8989      Florida Bar Number: 097764 0

Date: 3/3/25