UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS FORT LAUDERDALE, FLORIDA (COURTROOM 203-D)

| | | | |
|---|---|---|---|
| DEFT: | DANIEL RODRIGUEZ (J)# | CASE NO: | 25-6137-VALLE |
| AUSA: | C. KOONTZ (L. LAVECCHIO COVERING) | ATTY: | RICHARD MERLINO AND JOSHUA DANZ |
| USPO: | | VIOL: | 18:U.S.C.§2252 |
| PROCEEDING: | INITIAL APPEARANCE | RECOMMENDED BOND: | |

BOND/PTD HEARING HELD - yes / no      COUNSEL APPOINTED:

BOND SET @:       To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or  x's a week/month by phone; __ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other: PLEASE REFER TO BOND FOR CONDITIONS

**DEFENDANT PRESENT IN COURT. ADVISED OF CHARGES**

**ATTORNEYS NOT PRESENT IN COURT**

**PTD HEARING SET FOR TOMORROW 3/7/2025 AT 11 AM**

NEXT COURT APPEARANCE:      DATE:      TIME:      JUDGE:      PLACE:

REPORT RE COUNSEL:

**PTD**/BOND HEARING:      FRIDAY MARCH 7 2025 AT 11 AM DUTY

**ARRAIGN** OR **REMOVAL**:      THURSDAY MARCH 20 2025 AT 11 AM DUTY

**PRELIM/EXAM HRG**      THURSDAY MARCH 20 2025 AT 11 AM DUTY

03/06/25      TIME: 11:00 AM      FTL/TAPE/# JMS-      Begin      203-D

[7 MINUTES] *** RECORDED IN COURTROOM 203-D**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 12:01:12-12:07:57