UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-mj-06137-AOV

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                      **NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

DANIEL D. RODRIGUEZ,

      Defendant.
_____/

      COMES NOW, Richard A. Merlino, Esquire, and files this Appearance as Attorney of Record for the DEFENDANT, DANIEL D. RODRIGUEZ, and requests that he be notified at the addresses listed below for all proceedings from this point forward. This Notice is intended for Trial purposes only.

      WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk using CM/ECF and furnished to all parties of Record this 6TH day of March 2025.

                                                  RICHARD A. MERLINO, P.A.
                                                 1212 East Broward Boulevard
                                                 3rd Floor
                                                 Fort Lauderdale, Florida 33301
                                                 Telephone: 954-467-8989
                                                 Facsimile: 754-301-5109
                                                 E-Mail: richmerlinoesq@gmail.com

                               By:   */s/ Richard A. Merlino*
                                          Richard A. Merlino
                                          Florida Bar: 0977640