UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS FORT LAUDERDALE, FLORIDA (COURTROOM 203-D)

| | | | |
|---|---|---|---|
| DEFT: | DANIEL RODRIGUEZ (J)# | CASE NO: | 25-6137-VALLE |
| AUSA: | C. KOONTZ | ATTY: | RICHARD MERLINO AND JOSHUA DANZ |
| USPO: | | VIOL: | 18:U.S.C.§2252 |
| PROCEEDING: | PRETRIAL DETENTION | RECOMMENDED BOND: | |
| BOND/PTD HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | $300,000 PSB | To be cosigned by: | DEFENDANT'S PARENTS |

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other: PLEASE REFER TO BOND FOR CONDITIONS

**DEFENDANT PRESENT IN COURT WITH COUNSEL**
**GOVT PROCEED BY PROFFER ADOPTING AFFIDAVIT**
**WITH ADDT'L FACTS. SWORN/TEST ADAM GRANIT (TFO**
**FBI). CROSS-EXAMINED BY DEFENSE COUNSEL. ORAL**
**ARGUMENT. COURT DENIED GOVT MOTION FOR PTD**
**GRANTS DEFENSE COUNSEL MOTION FOR BOND**
**SETS BOND OF $300,000 PSB SWORN/TEST BOTH PARENTS**
**GOV'T ORAL MOTION TO CONTINUE ARR/PRELIM**
**IS GRANTED. ** TIME FROM 3/20/25 THROUGH 4/11/2025**
**IS HEREBY EXCLUDED UNDER SPEEDY TRIAL ACT ****

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD**/BOND HEARING: | | | | |
| **ARRAIGN** OR **REMOVAL**: | APRIL 11 2025 AT 11 AM DUTY | | | |
| **PRELIM/EXAM HRG** | APRIL 11 2025 AT 11 AM DUTY | | | |

03/07/25     TIME:   11:00 AM    FTL/TAPE/# JMS-       Begin   110

**[1 HOUR AND 45 MINUTES] *** RECORDED IN COURTROOM 110**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:24:15-13:06:51