UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-mj-06137-AOV

UNITED STATES OF AMERICA,

    Plaintiff,

v.      **NOTICE OF PERMANENT APPEARANCE AS CO-COUNSEL OF RECORD**

DANIEL D. RODRIGUEZ,

    Defendant.
_____/

COMES NOW, Joshua S. Danz, Esquire, and files this permanent Appearance as Attorney of Record/Co-Counsel for the DEFENDANT, DANIEL D. RODRIGUEZ, and requests that he be notified at the addresses listed below for all proceedings from this point forward. This Notice is intended for Trial purposes only.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk using CM/ECF and furnished to all parties of Record this 14TH day of March 2025.

    JOSHUA S. DANZ, P.A.
    500 East Broward Boulevard
    Suite 1710
    Fort Lauderdale, Florida 33394
    Telephone: 954-998-1234
    E-Mail: joshua@danz-law.com

By: */s/ Joshua S. Danz*
    Joshua S. Danz, Esquire
    Florida Bar: 98923