UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-cr-60068-Smith/Hunt

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL D. RODRIGUEZ,

    Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE CALENDAR CALL SCHEDULED FOR MAY 27, 2025

COMES NOW, Defendant, DANIEL D. RODRIGUEZ, by and through his undersigned counsel, and hereby moves this Honorable Court for an Order rescheduling the Calendar Call scheduled for May 27, 2025, and states as follows:

1. On February 27, 2025, a Criminal Complaint [DE 1] was filed against the Defendant alleging: **Count I**: Possession of Child Pornography, (18 U.S.C. §2252(a)(4) and (b)(2)) and **Count II:** Distribution of Child Pornography, (18 U.S.C. §2252(a)(2) and (b)(1)).

2. On March 7, 2025, the Defendant was granted a PSB bond and placed on pretrial release.

3. On March 20, 2025, an Indictment was filed [DE 23] alleging: **Count I:** Distribution of Child Pornography, (18 U.S.C. §2252(a)(2) and (b)(1), and

    **Count II:** Possession of Child Pornography, (18 U.S.C. §2252(a)(4)(B) and (b)(2)).

4. A Scheduling Order was entered on April 14, 2025, scheduling this case for a calendar call on May 27, 2025, and trial scheduled for June 2, 2025.

5. On April 30, 2025, the Government provided undersigned counsel with the USAfx portal link to the discovery in this case.

6. Attorney Richard Merlino is currently in trial in Miami, Florida before the Honorable Roy Altman *(U.S. v. Rasheed Ali, case #: 24-cr-20341-RKA)*, that began on April 28, 2025. The trial is anticipated to last, at least, through the end of May 2025 and he has not had a chance to review the discovery in this case.

7. In addition, the undersigned counsel needs to review the discovery in the possession of the Government (images) in order to discuss a possible resolution of this case without the necessity for trial.

8. There have been no prior requests for a continuance.

9. The undersigned's office has communicated Assistant United States Attorney, Catherine Koontz, who has indicated that the Government has no objection to a continuance in this matter.

10. The ends of justice served by this requested delay outweigh the best interest of the public and the Defendant in a speedy trial. Only after a thorough evaluation of all evidence and completion of any investigation can counsel fully advise his client as to his rights, options, and potential strategies. Further, counsel needs to diligently assess the full discovery to adequately advise his client as to his potential sentencing range in this case or formalize any potential plea agreement.

11. Defense counsel's request for a continuance also satisfies the factors in *United State v. West.*

12. This request is made in good faith and not for the purpose of mere delay.

13. The Defendant has been advised of his right to a speedy trial and hereby, by and through undersigned counsel, waives same, and further the Defendant does not oppose this request.

14. The parties agree that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial and that the resulting delay shall be excludable under 18 U.S.C. § 3161(h)(7).

WHEREFORE, Defendant, DANIEL D. RODRIGUEZ, by and through counsel, respectfully moves this Honorable Court for an entry of an Order continuing the Calendar Call scheduled for May 27, 2025, and requests that this matter be rescheduled.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically by using the CM/ECF system this 8th day of May 2025 to all persons entitled to electronic notice in this case.

Respectfully submitted,

| | |
|---|---|
| RICHARD A. MERLINO, P.A. | JOSHUA S. DANZ, P.A. |
| 1212 East Broward Boulevard, #300 | 500 East Broward Boulevard, #1710 |
| Fort Lauderdale, Florida 33301 | Fort Lauderdale, Florida 33394 |
| Telephone: 954-467-8989 | Telephone: 954-998-1234 |
| E-Mail: richmerlinoesq@gmail.com | Email: joshua@danz-law.com |
| | |
| By: */s/ Richard A. Merlino* | By: */s/ Joshua S. Danz* |
|     Richard A. Merlino |     Joshua S. Danz |
|     Florida Bar: 0977640 |     Florida Bar: 98923 |