## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CR-60068-SMITH

UNITED STATES OF AMERICA,

v.

DANIEL DAVID RODRIGUEZ,

Defendant.

_____/

### FACTUAL PROFFER

The United States of America and **DANIEL DAVID RODRIGUEZ** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

On December 19, 2024, and December 20, 2024, law enforcement in South Florida were assigned four Cybertips (201465449, 202800792, 202380428, 202926682) from the National Center for Missing and Exploited Children. Investigation revealed that the tips involved Daniel David Rodriguez using Kik to distribute child pornography. The Kik Messenger application ("Kik") is an instant messaging mobile application that uses either a data plan or Wi-Fi connection on a device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content.

In Cybertip 201465449, Rodriguez distributed four videos of children being sexually exploited via his KIK account. One of the videos, was about 6 seconds in length and depicts a prepubescent female, about 7 years old, using a gray circular device to insert it in and out of her vagina.

1

In Cybertip 202800792 Rodriguez distributed seven files via his Kik account. Three of the files were pictures and four of the files were videos. One of the videos uploaded to the KIK account was a video about 58 seconds in length. The video shows a prepubescent female, about 13 years old. The prepubescent female is grabbing her breasts and then bends over in front of the camera providing a close up of her vagina

In Cybertip 202380428 Rodriguez distributed twenty-four files via Kik. The files uploaded to the account were pictures and videos of children engaged in sexual activity. One of the videos uploaded to the KIK account, was a video about 1 minute and 14 seconds in length. The video shows a prepubescent female, about 10 years old, engaging in vaginal sex with an adult male.

In Cybertip 202926682 Rodriguez distributed twelve files via Kik. The files uploaded to this account were pictures and videos. One of the videos distributed was a video about 39 seconds in length. The video shows an adult female performing oral sex on a prepubescent male, about 5 years old, penis.

On January 4, 2025, law enforcement received another Cybertip from Kik involving Rodriguez distributing child pornography. In Cybertip 201629240 Rodriguez distributed sixteen files via Kik. The files uploaded to this account were pictures and videos. One of the videos distributed via KIK was a video about 24 seconds in length. The video shows a prepubescent a naked female, approximately 7 years old inserting the handle of a hairbrush into her anus.

On January 31, 2025, Rodriguez distributed 9 videos of prepubescent children engaged in sexual activity to an HSI undercover agent posing as a mother of 9-year-old girl.

On February 26, 2025, two search warrants were signed by a Federal Magistrate Judge for the search of his residence located at 971 SW 134th Avenue, Davie, Florida 33325 and for Rodriguez.



On February 27, 2025, the search warrants were executed. The search warrant on Rodriguez was executed near the 13400 block of SW 9th Place in Davie, Florida. An Apple iPhone was seized from Rodriguez. The search warrant for the residence at 971 SW 134th Avenue, Davie, Florida was executed shortly after contacting Rodriguez. Rodriguez provided the passcode to the device and provided his email address. The Defendant did not give law enforcement a statement.

A forensic preview of his Apple iPhone showed several images and videos of children engaged in sexual activity in a Kik account with the username Dave_Rob25. The preview revealed 8 videos, and 2 images of prepubescent females engaged in sexual activity to include sexual intercourse and displaying their genitals in a lewd and lascivious manor. A full forensic examination of his cell phone revealed additional images and videos of children engaged in sexual activity.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Date: _7/22/2025_   By: _____

M. CATHERINE KOONTZ
UNITED STATES ATTORNEY

Date: _7/22/25_   By: _____

RICHARD A. MERLINO
ATTORNEY FOR DEFENDANT

Date: _7/22/25_   By: _____

JOSHUA DANZ
ATTORNEY FOR DEFENDANT

Date: _7/22/25_   By: _____

DANIEL DAVID RODRIGUEZ
DEFENDANT