UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 25-cr-60068-Smith/Hunt

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

DANIEL D. RODRIGUEZ,
    Defendant.
_____/

### DEFENDANT'S NOTICE OF FILING SENTENCING EXHIBITS

COMES NOW the Defendant, DANIEL RODRIGUEZ, by and through his undersigned attorneys, and hereby files the following Sentencing Exhibits/Character Letters in preparation for his sentencing scheduled to take place on October 14, 2025:

1. Character support letter from Derrick Marrs;
2. Character support letter from Chris Ney;
3. Character support letter from Adam Albert;
4. Character support letter from Cesar Rodriguez;
5. Character support letter from Adam Martinez;
6. Character support letter from James Cleveland.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed this Notice of Defendant's Sentencing Exhibits with the Clerk of the United States District Court using CM/ECF, on this 7th day of October 2025.

Respectfully submitted,

| | |
|---|---|
| RICHARD A. MERLINO, P.A. | JOSHUA S. DANZ, P.A. |
| 1212 East Broward Boulevard, #300 | 500 East Broward Boulevard, #900 |
| Fort Lauderdale, Florida 33301 | Fort Lauderdale, Florida 33394 |
| Telephone: 954-467-8989 | Telephone: 954-998-1234 |
| E-Mail: richmerlinoesq@gmail.com | Email: joshua@danz-law.com |
| | |
| By: /s/ Richard A. Merlino | By: /s/ Joshua S. Danz |
| Richard A. Merlino | Joshua S. Danz |
| Florida Bar: 0977640 | Florida Bar: 98923 |