September 17, 2025

Honorable Rodney Smith,

My name is Derrick Marrs. I am the husband to my wonderful wife of 19 years and the father of two incredible kids ages 14 and 11. My family and I are full-time missionaries, and I have served as the Executive Director of Bancroft Gospel Ministry in Kingsport, TN for the last eight years. Thank you for taking the time to read this letter and consider it as a potential character reference on Daniel's behalf.

I have known Daniel Rodriguez for about 19 years. I served as one of his pastors at New Testament Baptist Church when he was in high school and college. We also served together at that same church for a couple of years before he moved on to serve at First Baptist Weston.

Even though I have known Daniel for about 19 years, we lost touch for the last 12 years or so as he served at another church, I resigned from the church in which I served and moved to Tennessee. Only recently have we rekindled our relationship. We did not lose touch for any other reason than simply the hectic responsibilities of life and ministry. I have always been fond of Daniel and watched his ministry from afar, being proud of him as he faithfully served.

Unfortunately, being that I have not had a proximal relationship with Daniel over the last 12 years, I cannot speak to the manifestations of his character during that time. I can only speak to how I remember Daniel while we served together, but most importantly, my observations and opinions from the conversations we have had over the last 7 months.

Through my conversations with Daniel, I have come to recognize a heart that has truly recognized his sin and repented from it. In all honesty, my initial conversations left me skeptical about whether he seriously understood the gravity of his sin and the consequences stemming from those. I believe that he was transparent and honest in our conversations, and because of this we were able to have hard conversations. I believe that as our conversations continued, Daniel became more sensitive and responsive to counsel, teachable, humble, and broken. I believe he recognized/admitted his guilt, confessed, accepted responsibility for his actions, and is willing to face the consequences for those actions. In addition, I believe Daniel seeks relational reconciliation with those whom he has broken trust, and truly desires to make things right—no matter how long that may take and submitting to whatever terms are necessary to accomplish those ends. Through our conversations, I have truly sensed a spirit of humility and a resolve to not only accept his punishment but also determined to reconcile with those whom he loves.

Even though Daniel has significantly failed in his responsibility as a husband, father, and minister, and knowing that he will never be able to serve in vocational ministry ever again, his primary ministry is to his wife and children. Kathryn needs her husband, and his girls need their father. Yes, Daniel needs to pay for his crimes, but he also needs the opportunity to make things right with his wife and children—by being there for them and righting the wrongs he has committed. How can he contribute to society and the community? First, being able to be a present husband and father.

Also, I believe that Daniel will be able to use these experiences to speak into the lives of men who struggle with similar temptations. He has the ability to prevent similar crimes by being a testimony to the destruction that these behaviors lead to and the hope that can be found in Jesus Christ and repentance. Ultimately, these issues are issues of the heart, and Daniel not only knows the remedy, but has personally experienced it as well. His personal testimony can be used to challenge other men to repent and turn their life around. Not only do I believe that Daniel has the ability to do this, but I also believe that he has the desire to speak and share his story with others so they can learn from his mistakes.

Again, I, as well as Daniel, know that there are consequences to his actions, and he is ready to face them. My only request is that you graciously consider Daniel's historical character and testimony, and his responsiveness and cooperation during this process.

Thank you again for your time and your consideration of this letter. I pray that the Lord will grant you wisdom and discernment as you determine his sentence.

God bless,

Derrick Marrs

To the Honourable Rodney Smith

My name is Christopher Ney, I am a business owner and operator here in Nova Scotia Canada. My wife and I started and currently run a small contracting business when we moved out here from Alberta in April of 2020. We had been in Alberta for 11 years prior to that and it was in that time I met Daniel. I was attending Bible Seminary in Cochrane Alberta and was encouraged to plant a new church in the area, while doing so I travelled on a mission trip to Westin Florida to meet with the Pastor there and the staff to see if there was a way we could partner together for work going forward. That is when I met Danny, he was associate worship leader at the time and we got along pretty good, I casually said to him you should come to Canada and help me plant a church. We laughed but in 2013 Danny had decided to come and help.

That is when I really got to know him, he helped with our church plant as youth leader and worship leader, but more then that he was also living with us in our home. We had three small children and us with little money so why not move someone else in. In saying that we spent a lot of time together, Danny shared some struggles along the way but absolutely a blessing to my family, myself, and the church. We all loved Danny, he was kind, loving, attentive, and just had a genuine care for others that was contagious. The youth all loved him and my own kids seen him as a big brother and still do to this day. While he was with us for the church pant from 2013 to 2014 Danny lead our music program, he organized, discipled, and trained other musicians to have a heart for God and leading people to worship as he did. Danny also led our young adults Bible study for college kids and had spent a lot of time discipling them in a culture that is tough to grow up in here in Canada. He was very invested there with us and sacrificed a part of his life to serve God in the way He did. Danny's patience and grace was noticed by all in how he lived and did life in Christ while he was with us. Church planting is no easy work, money runs out, people are hard to work with and he never flinched. He was an encouragement to me to keep going and keep my eyes on Jesus even when things looked tough. That was the young man I know, he is still that man in my opinion just older now and maybe has made some choices that were not smart, however the person he was in the depths of his character are still the same. His love for others always out ways his own needs and His love for Christ is at the forefront of his life.

I want to be clear, I do not agree with the choices he has made however I do not see Danny as this, he has sinned and fallen short of the glory of God which we all have. He has made bad decisions in his life and did not feel like he could talk to anyone when he got to deep. That is on him but also on the church around him that had him feeling that way. Danny is not an evil person he is a sinner saved by grace and someone if allowed can and will contribute to the world around him wherever that might be. He is not lazy but almost too busy and desires the best for the people in his life. Danny is not the sum of his bad choices, he has made some bad choices out of falling to the flesh and sin. My family loves him and prays for only the best for him, Kathrine, and the girls.

Chris Ney                                             Date: Oct 4, 2025

**Adam Albert**

680 Americana Blvd NW

Palm Bay, Florida 32907

10/2/2025


**Honorable Rodney Smith**

United States District Judge

U.S. Federal Building and Courthouse

299 East Broward Boulevard

Courtroom 207B, Chambers 207A

Fort Lauderdale, Florida 33301


Dear Judge Smith,

    My name is Adam Albert, and I am 43 years old. Currently, I work as a Technical Support Administrator. Over the past 25+ years, I have volunteered with various South Florida churches in a variety of positions (worship director, youth pastor, etc.). I also completed my bachelor's degree in psychology in 2022 (after taking many years off from my schooling). I am married with a wife and two daughters. I have known Daniel (Danny) Rodriguez for the past two decades. It was my wife who introduced me to Danny, as she knew him through youth ministry at New Testament Baptist Church/Dade Christian School. He and I quickly became friends, primarily due to our shared connection to music.

    During a majority of our friendship, we played music together at the churches we were connected to. Sometimes we were serving at the same church, weekly leading the congregations in music. Other times, when we each were serving at different churches, we would provide support for one another, with him stepping in to help when help was needed or me playing drums when he was short a drummer.

    About 3 years after becoming friends, I had the privilege of having him as one of my groomsmen. He was paired with my sister to walk in the ceremony. Suffice it to say we were

(and still are) close friends. About 7 years later, I flew up to Canada to be one of his groomsmen in his wedding.

Over the past decades, I have come to know Danny to be a thoughtful, caring, committed individual. There was a point in time when our friendship was strained (due to church drama that he and I found ourselves caught up in), but that was short-lived, and we were able to repair it through healthy communication and humility on both sides. I wanted to make a note of that in this letter because, throughout our friendship, one thing that has always been present has been openness and transparency in our communication. There has never been any circumstance that has broken our friendship. Not distance, not time, and not recent events.

I have found Danny to be genuine in all of the deep, soul-searching conversations we've had over the years (and there were many) and even more recently, in the past months. We have even had the more mundane conversations (albeit interesting to us) about video games and nerdy sci-fi/superhero movies. I say all of this to highlight the normalcy of our friendship over the years. I have been able to see him at his highest, and I have seen him (most recently) at his lowest.

I know the importance of having strong positive character traits, especially as a part of such a fraught society. Traits such as humility, openness, repentance, and the ability to apply introspection to yourself in order to identify, understand, and work through your weaknesses strengthen us as humans and allow us to be boons to our communities. Over the decades that I've known Danny, he has evidenced these traits. I believe that Danny will continue to display these character traits because that is who he is. I know that he has been (and will be) engaging in the important task of introspection in order to grow to be the best version of himself. We have been able to have many conversations recently about this. I know that he will put in the work, because that is who I have known him to be throughout our friendship. And on other side of this, I truly believe that he can and will be a productive member of our community and our society.

Thank you for your consideration.

Sincerely,

Adam Albert

Cesar Rodriguez
5877 SW 120th Street
Cooper City, FL 33330

October 1st, 2025

Honorable Rodney Smith
United States District Judge
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 207B, Chamber 207A
Fort Lauderdale, Florida 33301

Re: U.S. v. Daniel Rodriguez
    Case Number: 25-cr-60068-Smith/Hunt

Dear Judge Smith,

My name is Cesar Rodriguez, Daniel Rodriguez' father. I am writing to you as a character reference for Daniel, who is currently before your court.

Daniel has always been an exemplary son. He did well in school, was always well-behaved and loved by all who knew him. Later, he earned his bachelor's degree in religion and became a short-term missionary. He has been serving as the worship leader in a local church where he is admired and praised by the members of the congregation. In short, Daniel is a diligent worker, sets a good example and has made me proud. I would never have predicted his involvement in the crime for which he has pled guilty.

I understand the seriousness of the charges against Daniel, and I do not intend to minimize the gravity of the situation. However, I believe that this incident does not reflect his true character. Daniel has always been someone who has strived to do right and has always taken accountability for his wrong choices.

I respectfully ask that you consider his positive attributes when making your decision. He has the potential to learn and grow from his experience and continue to be a valuable member of society upon his release. If the Lord allows it, I will be waiting for him upon his release and will continue to support him in any way I can as he reenters society and the community.

Respectfully,

Cesar Rodriguez

To the:
**Honorable Rodney Smith**
**United States District Judge**
**U.S. Federal Building and Courthouse**
**299 East Broward Boulevard**
**Courtroom 207B, Chambers 207A**
**Fort Lauderdale, Florida 33301**

RE: U.S. v. Daniel Rodriguez
Case Number: 25-cr-60068-Smith/Hunt

To the Honorable Rodney Smith,

I hope this letter finds you well. My name is Adam D. Martínez and I am writing in reference to Daniel Rodriguez and his character as I have seen.

I am a pastor at New Testament Baptist Church where I have been on staff for over 20 years and have been serving for over 30 years since I first arrived as a teenager. It is there that approximately 20 years ago I met Danny. He was in middle/high school at the time and was getting involved in our church youth program and church services where he was developing his talent to sing, play guitar and drums. Being a musician and leader of the music team at our church, I began to work with him closely in these areas. As time went on, he kept serving with more faithfulness and growing spiritually, to the point that he also came on staff at one of our campuses and I in turn got to work closer with him and grow closer to him as a brother. And I consider him just that - a younger brother.

Throughout his time on staff with us (and even afterwards when he continued at another ministry), I watched and he ministered to the church congregation at large, but more importantly to individuals who needed much encouragement, direction, and wisdom when managing life's tough times and difficult situations. God's light and love shines through him and he is a man full of biblical knowledge and wisdom that many (including myself) only wish they could attain.

I believe Danny could only continue to encourage and guide those around him. This is something that he just does naturally and without hesitation. Anyone who meets him knows that he only has positive things to say and speak into their lives.

Thank you for taking the time to read this. I pray it helps in insight and knowledge.

Have a blessed day.

*Adam D. Martínez*
Adam D. Martínez

James Cleveland

1300 St. Charles Pl. 502

Pembroke Pines, FL 33026

jcleveland@dadechristian.org

Date: September 26, 2025

Honorable Rodney Smith

United States District Judge

U.S. Federal Building and Courthouse

299 East Broward Boulevard

Courtroom 207B, Chambers 207A

Fort Lauderdale, Florida 33301

Re: U.S. v. Daniel Rodriguez

Case Number: 25-cr-60068-Smith/Hunt

Dear Judge Smith:

I am a school teacher at Dade Christian School and have been in the teaching profession for over 27 years. Daniel Rodriguez has been a close friend of mine since approximately 2005. Danny is a brother-in-Christ who I am blessed to call my friend. Despite him being younger than I (I am 53), he has successfully led me closer to the Lord through his example and his counsel. We have worked together at New Testament Baptist Church for several years and he was someone who was a hard worker and took his job seriously. He has been a wonderful husband to his wife and a dedicated father to his two daughters, and he desperately longs to be home again with them. Regarding Danny's character, he is a man of God who is loving and a peaceful man. He has been and continues to be a dedicated friend to me, even after his arrest. I have been able to spend a lot of time with Danny during these past six difficult months and I see a man who is devastated by his actions. I know Danny will do an exemplary job contributing to society and the community when given the opportunity. Judge Smith, thank you for this opportunity to write to you.

Sincerely,

*[signature]*

James Cleveland