UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-cr-60068-Smith/Hunt

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DANIEL D. RODRIGUEZ,

        Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING SCHEDULED FOR OCTOBER 14, 2025

COMES NOW, Defendant, DANIEL D. RODRIGUEZ, by and through his undersigned counsel, and hereby moves this Honorable Court for an Order rescheduling the Sentencing Hearing presently scheduled for October 14, 2025, at 8:30 a.m. and states as follows:

1. On February 27, 2025, a Criminal Complaint [DE 1] was filed against the Defendant alleging: **Count I**: Possession of Child Pornography, (18 U.S.C. §2252(a)(4) and (b)(2)) and **Count II:** Distribution of Child Pornography, (18 U.S.C. §2252(a)(2) and (b)(1)).

2. On March 7, 2025, the Defendant was granted a PSB bond and placed on pretrial release.

3. On March 20, 2025, an Indictment was filed [DE 23] alleging: **Count I:** Distribution of Child Pornography, (18 U.S.C. §2252(a)(2) and (b)(1), and

1

   **Count II:** Possession of Child Pornography, (18 U.S.C. §2252(a)(4)(B) and (b)(2)).

4. On July 22, 2025, the Defendant entered into a plea agreement with the Government and this case was scheduled for a Sentencing Hearing on October 14, 2025.

5. At the beginning of this case (in April of 2025), the undersigned counsel retained clinical and forensic psychologist, Dr. Sheila K. Rapa, PsyD, to perform a psychosexual interview, psychological testing and scoring, risk assessment, written report, and consultation.

6. Undersigned counsel has requested that Dr. Rapa attend the Sentencing Hearing in order to testify on behalf of the Defendant and her findings upon his interview, testing, scoring, and according to her written report.  Dr. Rapa has a scheduling conflict and is unable to be present at the Sentencing that is currently scheduled for October 14, 2025.  The undersigned counsel would respectfully request a forty-five (45) day extension of the Sentencing Hearing.

7. There has been one prior request for a continuance; however, this is the first request made for rescheduling the Sentencing Hearing.

8. The undersigned's office has communicated with Assistant United States Attorney, Catherine Koontz, who has indicated that the Government has no objection to a continuance in this matter.

9. In addition, undersigned co-counsel, Attorney Joshua Danz, will be out of the country and unavailable from November 13, 2025, through November 18, 2025, and would request that it not be scheduled during that timeframe.

10. The ends of justice served by this requested delay outweigh the best interest of the public and the Defendant in a speedy trial.

11. Defense counsel's request for a continuance also satisfies the factors in *United State v. West.*

12. This request is made in good faith and not for the purpose of mere delay.

13. The Defendant has been advised of his right to a speedy trial and has previously waived same, and further he does not oppose this request.

14. The parties agree that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial and that the resulting delay shall be excludable under 18 U.S.C. § 3161(h)(7).

WHEREFORE, Defendant, DANIEL D. RODRIGUEZ, by and through counsel, respectfully moves this Honorable Court for an entry of an Order continuing the Sentencing Hearing scheduled for October 14, 2025, and requests that this matter be rescheduled in forty-five (45) days from October 14, 2025.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically by using the CM/ECF system this 8th day of October 2025 to all persons entitled to electronic notice in this case.

Respectfully submitted,

| | |
|---|---|
| RICHARD A. MERLINO, P.A. | JOSHUA S. DANZ, P.A. |
| 1212 East Broward Boulevard, #300 | 500 East Broward Boulevard, #900 |
| Fort Lauderdale, Florida 33301 | Fort Lauderdale, Florida 33394 |
| Telephone: 954-467-8989 | Telephone: 954-998-1234 |
| E-Mail: richmerlinoesq@gmail.com | Email: joshua@danz-law.com |
| | |
| By: */s/ Richard A. Merlino* | By: */s/ Joshua S. Danz* |
| Richard A. Merlino | Joshua S. Danz |
| Florida Bar: 0977640 | Florida Bar: 98923 |