UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60068-RS

UNITED STATES OF AMERICA

v.

**DANIEL DAVID RODRIGUEZ,**

Defendant.

_____/

## UNITED STATES' MOTION TO CANCEL RESTITUTION HEARING AS TO DANIEL DAVID RODRIGUEZ AND TO ORDER THE STIPULATED RESTITUTION AMOUNT

The United States of America, through the Undersigned Assistant United States Attorney (AUSA), and the defendant, **Daniel David Rodriguez**, through counsel, Joshua Danz and Richard Merlino, jointly file this motion to move the Court to cancel the restitution hearing and to order the defendant to pay the stipulated restitution amount of $41,000 (forty-one thousand U.S. dollars) to the following minor victims in the enumerated amounts:

Audrey of the "Braid&Tile" series restitution amount $3,000.

April of the "Aprilblonde" series restitution amount $10,000.

Maria of the "Best Necklace" series restitution amount $10,000.

Layla of the "Flower Lights" series restitution amount $3,000.

S.V. of the "Sparkling Velvet" series restitution amount $5,000.

Sloane of the "Tara" series restitution amount $10,000.

The restitution payments should be made in the manor directed by the Minor Victim's Attorney's. The names and addresses of the Victim's Attorneys have been provided to probation.

WHEREFORE, the undersigned respectfully requests that the stipulated restitution amounts

be ordered and restitution hearing currently set for February 20, 2026, be cancelled.

                          Respectfully submitted,

                          JASON A. REDING QUIÑONES
                          UNITED STATES ATTORNEY

By:   s/ M.Catherine Koontz
       M. Catherine Koontz
       Assistant United States Attorney
       Court No. A5501929
       500 East Broward Boulevard, Suite 700
       Fort Lauderdale, FL 33394
       Tel: (954)660-5940
       Fax: (954) 356-7336
       Email: ckoontz@usa.doj.gov

       */s/ Richard A. Merlino*
       Richard A. Merlino
       Florida Bar: 0977640
       RICHARD A. MERLINO, P.A.
       1212 East Broward Boulevard, #300
       Fort Lauderdale, Florida 33301
       Telephone: 954-467-8989
       E-Mail: richmerlinoesq@gmail.com

       /s/ Joshua S. Danz
       Joshua S. Danz
       Florida Bar: 98923
       JOSHUA S. DANZ, P.A.
       500 East Broward Boulevard, #1710
       Fort Lauderdale, Florida 33394
       Telephone: 954-998-1234
       Email: joshua@danz-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ M. Catherine Koontz*
M. Catherine Koontz
Assistant United States Attorney