UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60068-RS

UNITED STATES OF AMERICA

v.

DANIEL DAVID RODRIGUEZ,

       **Defendant.**

_____/

## ORDER OF RESTITUTION

THIS CAUSE is before the Court on the Parties Stipulation as to Restitution. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Defendant will be **ORDERED** to pay the stipulated restitution amount of $41,000 (forty-one thousand U.S. dollars) to the following minor victims in the enumerated amounts:

    Audrey of the "Braid&Tile" series restitution amount $3,000.

    April of the "Aprilblonde" series restitution amount $10,000.

    Maria of the "Best Necklace" series restitution amount $10,000.

    Layla of the "Flower Lights" series restitution amount $3,000.

    S.V. of the "Sparkling Velvet" series restitution amount $5,000.

    Sloane of the "Tara" series restitution amount $10,000.

The Judgment will be amended to reflect that the amount of $41,000 is owed by the Defendant. It is further ordered that the restitution hearing set for February 20, 2026, is cancelled.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of February 2026.

_____
Rodney Smith
United States District Judge

cc: All Counsel of Record
    U.S. Probation